No. 477. McDONALD v. UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Cassius McDonald, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.

No. 553. BRAZEL v. JACKSON, WARDEN. January 3, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. The motion for leave to file petition for writ of habeas corpus is also denied. *Clyde Brazel, pro se.*

No. 520. UNGER v. OHIO STATE DENTAL BOARD. January 10, 1944. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. William J. Corrigan* for petitioner. *Mr. Thomas J. Herbert,* Attorney General of Ohio, for respondent.

No. 522. BALFOUR, GUTHRIE & Co., LTD. ET AL. v. THE ZAREMBO ET AL. January 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. D. Roger Englar, Martin Detels,* and *Erza G. Benedict Fox* for petitioners. *Mr. Geo. Whitefield Betts, Jr.* for respondents.

No. 526. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. v. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. ET AL. January 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. M. L. Bluhm, John N. Hughes,*